UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MICHELLE NORROD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LAFARGE NORTH AMERICA, INC., )<br>)<br>Defendants ) | Case 3:11-0540<br>Judge Sharp/Brown<br>**Jury Demand** |

### **O R D E R**

The Magistrate Judge has been reviewing the deadlines in this case and it appears that the Magistrate Judge's order (Docket Entry 23) setting the deadline for dispositive motions is incorrect. The order provides a deadline for dispositive motions of June 14, 2013. The correct date should be **June 13, 2014**, with a response date **28 days** later and a reply, if any, limited to **five pages**, **seven days** after any response.

The final pretrial conference and jury trial as set by Docket Entry 23 remain, as do the deadlines set for expert depositions in Docket Entry 25.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge